FILED

2015 MAY -8 PM 2: 35

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

# UNITED STATES DISTRICT COURT
## IN THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

ERIC COTTO,

Plaintiff,

-VS-

MANASSEH JORDAN MINISTRIES and
YAKIM MANASSEH JORDAN,
Defendant.

_____/

CASE NO.:

6:15-CV-741-ORL-31-DAB

## COMPLAINT AND DEMAND FOR JURY TRIAL

1. Plaintiff alleges violation of the Telephone Consumer Protection Act, 47 U.S.C. §227 *et seq.* ("TCPA").

### INTRODUCTION

2. The TCPA was enacted to prevent companies like MANASSEH JORDAN MINISTRIES and individuals like YAKIM MANASSEH JORDAN from invading American citizens' privacy and prevent abusive "robo-calls."

3. "The TCPA is designed to protect individual consumers from receiving intrusive and unwanted telephone calls." Mims v. Arrow Fin. Servs., LLC, --US--, 132 S.Ct. 740, 745, 181 L.Ed.2d 881 (2012).

4. "Senator Hollings, the TCPA's sponsor, described these calls as 'the *1256 scourge of modern civilization, they wake us up in the morning; they interrupt our dinner at night; they force the sick and elderly out of bed; they hound us until we want to rip the telephone out of the wall." 137 Cong. Rec. 30, 821 (1991) Senator Hollings presumably intended to give telephone subscribers another option: telling the autodialers to simply stop calling." *Osario v. State Farm Bank, F.S.B.*, 746 F.3d 1242 (11th Cir. 2014).

1

## JURISDICTION AND VENUE

5. Jurisdiction and venue for purposes of this action are appropriate and conferred by 28 U.S.C. §1331.

6. The alleged violations described herein occurred in Kissimmee, Osceola County, Florida. Accordingly, venue is appropriate with this Court under 28 U.S.C. §1391(b)(2), as it is the judicial district in which a substantial part of the events or omissions giving rise to this action occurred.

## FACTUAL ALLEGATIONS

7. Plaintiff is a natural person, and citizen of the State of Florida, residing in Osceola County, Florida.

8. Plaintiff is the "called party." See *Soppet v. Enhanced Recovery Co., LLC*, 679 F.3d 637, 643 (7th Cir. 2012), reh'g denied (May 25, 2012).

9. Defendant, MANASSEH JORDAN MINISTRIES (hereinafter "MJM") is a purported, unverifiable, unregistered entity controlled and operated by one, YAKIM MANASSEH JORDAN (hereinafter "YAKIM") from the last known address of 708 3rd Ave, 6th Floor, New York, NY 10163. At all times material to this complaint, YAKIM has portrayed the existence of MJM as an existing entity by using the name MJM to reserve rights on his website (http://www.prophetmanasseh.com), market and advertise and to sell products on the aforementioned website.

10. Defendant, YAKIM is an individual and citizen of the United States whose last known address is 708 3rd Ave, 6th Floor, New York, NY 10163, who owns, directs and otherwise controls MJM in its endeavors including a national phone campaign to solicit donations – the practice raised as the subject of this Complaint.

11. Plaintiff is the regular user and carrier of the cellular telephone number at issue, (787) ***-2097, and was the called party and recipient of Defendant MJM's hereafter described calls.

12. Defendant MJM intentionally harassed and abused Plaintiff on numerous occasions by contacting Plaintiff on his cellular telephone without Plaintiff's prior express consent.

13. Upon information and belief, each call the Defendant MJM made to the Plaintiff was made using a predictive dialer or an "automatic telephone dialing system" which has the capacity to store or produce telephone numbers to be called, without human intervention, using a random or sequential number generator; and to dial such numbers as specified by 47 U.S.C §227(a)(1).

14. Furthermore, each of the calls at issue were placed by the Defendant MJM using a "prerecorded voice," as specified by the TCPA, 47 U.S.C. § 227(b)(1)(A).

15. Each call the Defendant MJM made to the Plaintiff's aforementioned cellular telephone number was done so without the "express permission" of the Plaintiff.

16. Plaintiff does not know, nor has he ever received services from Defendant MJM or YAKIM.

17. Plaintiff does not know, nor has he ever, entered into a business relationship with Defendant MJM or YAKIM.

18. Plaintiff has never provided his cellular telephone number to Defendant MJM or YAKIM for any purpose.

19. In or about April of 2014, Defendant MJM initiated its campaign of phone calls to the Plaintiff on his aforementioned cellular telephone. Upon receipt of the calls, Plaintiff's caller

ID identified that the calls were being initiated from, but not limited to, the following phone numbers: (800) 352-3407, (800) 422-5590, (347) 577-9378, (908) 517-3884, (248) 289-9048.

20. In or about April of 2014, immediately upon receipt of the first calls from Defendant MJM, Plaintiff answered a call from Defendant MJM, received Defendant MJM's pre-recorded message, and heeded Defendant MJM's instruction stating "[t]o be removed from this call list please dial 1 800 481 1004" and complied with the instructions for removing himself from the call list by calling "(800) 481-1004" and following the prompts to have his number removed from the call list, including inputting him aforementioned 10 digit cellular telephone number to confirm the calls would stop.

21. During the aforementioned April of 2014 phone call from the Defendant MJM in which Plaintiff pressed called the opt out line "(800) 481-1004" on his phone and followed the prompts to be removed from the Defendant MJM's call list, Plaintiff expressly revoked any express consent Defendant MJM mistakenly believed it may have had for placement of telephone calls to Plaintiff's aforementioned cellular telephone number by the use of an automatic telephone dialing system or a pre-recorded or artificial voice.

22. Again, in or about August of 2014, due to the steady influx of calls to his aforementioned cellular telephone from the Defendant MJM, Plaintiff answered another call from Defendant MJM, received Defendant MJM's pre-recorded message, and again heeded Defendant MJM's instruction stating "[t]o be removed from this call list please dial 1 800 481 1004" and complied with the instructions for removing himself from the call list by calling "(800) 481-1004" and following the prompts to have his number removed from the call list, including inputting him aforementioned 10 digit cellular telephone number to confirm the calls would stop.

23. Plaintiff accurately followed Defendant MJM's prompts and instructions to have his aforementioned cellular telephone removed from Defendant MJM's calls list, yet Plaintiff's requests of the Defendant MJM demanding an end to the harassment were ignored.

24. Defendant has made approximately one-hundred (100) calls to Plaintiff's aforementioned cellular telephone number, or as will be established after a thorough review of Defendant MJM's and YAKIM's records.

25. Due to the volume of calls received from MJM, Plaintiff was unable to catalogue every single call, however below is a small sampling of said calls:

i) May 28, 2014 at 6:32pm from 800-203-0028

ii) June 1, 2014 at 4:57pm from 800-203-0028

iii) June 1, 2014 at 8:52pm from 347-862-9347

iv) June 7, 2014 at 1:59pm from 908-862-4864

v) June 10, 2014 at 6:31pm from 800-352-3407

vi) June 15, 2014 at 1:25pm from 908-862-4864

vii) June 17, 2014 at 1:25pm from 908-862-4864

viii) June 20, 2014 at 3:43pm from 908-862-4864

ix) June 23, 2014 at 12:34pm from 908-862-4864

x) June 27, 2014 at 5:49pm from 800-352-3407

xi) July 2, 2014 at 7:07pm from 800-352-3407

xii) August 1, 2014 at 5:30pm from 800-352-3407

xiii) August 12, 2014 at 5:31pm from 800-352-3407

xiv) August 20, 2014 at 6:09pm from 800-352-3407

xv) August 21, 2014 at 7:58pm from 213-810-9896

26. Plaintiff received the following identical pre-recorded telephone message on his voicemail on more than five (5) occasions:

> [Male voice #1]: My dearest friend this is prophet Manasseh There is a word I must get into your ears urgently. Meet me on this live conference call. That blessed number is 712 432 0900 and the participant code 219983# again that blessed number 30 EST that blessed number 712 432 0900 and the participant code 219983#. I must get this urgent prophetic word in your ear. There has been changes there has been shifts there has been things that you have been noticing that have been going wrong with your life things that you have not understood. I must speak to you urgently. Meet me on this live conference call tonight, tonight only 07:30 EST that blessed number 712 432 0900 and the participant code 219983# again that blessed number 712 432 0900 and the participant code 219983#. It is time for you to receive this blessed word from heaven.
> [Male voice #2]: To removed from this call list, please dial 1 800 481 1004. That number again is 1 800 481 1004.

27. Plaintiff received the following identical pre-recorded telephone message on his voicemail on more than five (5) occasions:

> [Male voice #1]: My dearest friend, this is prophet Manasseh. I'm coming to Los Angeles California. And I must place this specific anointed oil in your hands with special instructions. I'll be there on June 14 for this one night only miracle service. Whatever you do, do not allow the enemy to allow you to miss this event. I mist see you there. To register for this life changing event, for VIP registration now, I'm going to pass the phone to my assistant. Grab a blessed pen and paper, so that I will know that you will be there, for this is one of the most important times of your life. I must see you there in blessed Los Angeles California. And remember, master Jesus is still on the throne, and he loves you. I love you dearly my dear friend, talk to you soon. Here he is.
> [Male voice #2]: The number to dial is 1 800 203 0028. That number again is 1 800 203 0028. To be removed from this call list please dial 1 800 481 1004. That number again is 1 800 481 1004.

28. Plaintiff received the following identical pre-recorded telephone message on his voicemail on more than five (5) occasions:

> [Male voice #1]: My dearest friend, this is prophet Manasseh. There has been a hindering sprit trying to cause chaos and confusion, but then the lord spoke to me personally about you. I must speak to you. I'm going to pass the phone to my blessed assistant and he is going to give

6

you my blessed number so that you can call me back. So that you can hear this blessed word. There has been even a change and even attack [sic] in your finance, but then the lord began to speak to me urgently. I must speak to you so that you can hear this blessed word from heaven. Press the numerical button one now to begin to evoke the change that is about to take place from you. There has been things taking place that yet you do not even understand so that you can hear this blessed word from the throne room, and so that you can begin to walk into the entry.

[Male voice #2]: The number to dial is 678 780 4627. The number again is 678 780 4627. To be removed from this call list please dial 1 800 481 1004. That number again is 1 800 481 1004.

29. Plaintiff received the following identical pre-recorded telephone message on his voicemail on more than five (5) occasions:

[Male voice #1]: God bless you this is prophet Manasseh, the Lord showed me an individual that was trying to sabotage certain things that was going on in your life. I must speak to you urgently. I am going to pass the phone to my blessed assistant, and he is going to give you my blessed number so that you can call me back, so that you can hear this blessed word from God. While I was in my prayer room, the Lord shown me an individual that was trying to sabotage certain things and even some things in your finances that have been held up. I must speak to you urgently so that you can hear this blessed word from the throne room, so that you can hear this blessed word from the Lord. The Lord showed me things that have been tied up. Because you have received part of the blessing but not all of the blessing, because I must rush something to you, I must let you hear what the Lord begun to tell me about you and for your ears alone.

[Male voice #2]: The number to dial is 770 728 6119. The number again is 770 728 6119. To be removed from this call list please dial 1 800 481 1004. That number again is 1 800 481 1004.

30. Plaintiff received the following identical pre-recorded telephone message on his voicemail on more than five (5) occasions:

[Male voice #1]: God bless you this is prophet Manasseh. There is a family member that needs your help, there is a loved one that is going through something that needs deliverance. And there is an individual that God is about to remove because of the thing that he's about to bring you into. I must speak to you urgently. I'm going to pass the phone to my assistant so that he can give you the number to call me back. I need you to call me back immediately, so that you can hear this blessed word. You are in a major, major blessing that God is trying to get to you over the next three days. I must speak to you urgently. Here he is.

> [Male voice #2]: The number to dial is 770 728 6119. The number again is 770 728 6119. To be removed from this call list please dial 1 800 481 1004. That number again is 1 800 481 1004.

31. Plaintiff received the following identical pre-recorded telephone message on his voicemail on more than five (5) occasions:

> [Male voice #1]: My dearest friend this is prophet Manasseh. The Lord showed me a blockage that was taking place, even in your finances. There has even been a spiritual attack, and this is why there's been certain things going on with the family. I need to speak to you urgently. I'm about to pass the phone to my assistant. He's going to give you a blessed number for you to call where I await your call. There have been some things taking place where ye do not even understand. It is a spiritual war that is taking place –ah. I need to speak to you urgently. I hope to hear from you. Now, stay on the line, I am going to pass the phone to my assistant, and he is going to give you that blessed number. Grab a pen, grab a paper, I must hear back from you, now. Here he is.
> [Male voice #2]: The number to dial is 770 728 6117. The number again is 770 728 6117. To be removed from this call list please dial 1 800 481 1004. That number again is 1 800 481 1004.

32. Plaintiff received the following identical pre-recorded telephone message on his voicemail on more than five (5) occasions:

> [Male voice #1]: My dearest friend this is prophet Manasseh. There is an individual that has tried to sabotage something, there is something a package or something that you will receive in the next ten days. I must speak to you urgently. I am going to pass the phone to my assistant so that he can give you the number to call me back, I need you to call me back immediately, so that you can hear this prophetic word, so that you can hear what the lord begun to tell me. There has been an attack-ah, there has been things that have you been looking to do, but it has not been moving yet. But within in the next ten days, there will be a miracle relief. I must speak to you. There is a loved one that needs help-ah, on a particular ladder, this is dealing even with a family member that blessing is connected with you, so that you can hear this blessed word from the throne room of God. Here he is.
> [Male voice #2]: The number to dial is 770 728 6117. The number again is 770 728 6117. To be removed from this call list please dial 1 800 481 1004. That number again is 1 800 481 1004.

33. Despite actual knowledge of their wrongdoing, the Defendant MJM continued the campaign of abuse, calling the Plaintiff despite not having his express permission to call his aforementioned cellular telephone number.

34. Defendant MJM continued to leave voice messages using a pre-recorded or artificial voice message when calling the Plaintiff, despite acknowledging they did not have his express permission to do so.

35. Defendants YAKIM and MJM's corporate policy and procedures are structured as to continue to call individuals like the Plaintiff, despite these individuals revoking any consent the Defendant MJM may have had.

36. Defendants YAKIM and MJM's corporate policy and procedures provided no means for the Plaintiff to have his aforementioned cellular number removed from the call list even after following all the voicemail instructions.

37. Defendants YAKIM and MJM have a corporate policy of using an automatic telephone dialing system and/or a prerecorded or artificial voice message to collect debts from individuals such as Plaintiff for its financial benefit.

38. Defendant MJM has many similar complaints from consumers across the country, as those alleged in this lawsuit, by Plaintiff. (Over 32 pages with hundreds of complaints about the unwanted harassing calls) See http://800notes.com/Phone.aspx/1-800-318-7853/4

39. Defendant never had express consent to call the Plaintiff's cell phone. Furthermore, Plaintiff expressly revoked consent to Defendant MJM's placement of telephone calls to Plaintiff's aforementioned cellular telephone by the use of an automatic telephone dialing system or a pre-recorded or artificial voice immediately upon Defendant's placement of the calls.

40. None of Defendant MJM's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C. §227(b)(1)(A).

41. Defendant MJM violated the TCPA with respect to the Plaintiff.

42. Defendant MJM willfully or knowingly violated the TCPA with respect to the Plaintiff.

## COUNT I
### (Violation of the TCPA as to Defendant MANASSEH JORDAN MINISTRIES)

43. Plaintiff incorporates Paragraphs one (1) through forty-two (42).

44. Defendant MJM caused placement of non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or prerecorded or artificial voice without Plaintiff's prior express consent in violation of federal law, including 47 U.S.C § 227(b)(1)(A)(iii).

45. Defendant MJM willfully and knowingly caused placement of non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or prerecorded or artificial voice without Plaintiff's prior express consent in violation of federal law, including 47 U.S.C § 227(b)(1)(A)(iii). Defendants continued to call Plaintiff's cell phone number after Plaintiff followed all the steps for removal from call list.

**WHEREFORE**, Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against Defendant MANASSEH JORDAN MINISTRIES for statutory damages, punitive damages, actual damages and any other such relief the court may deem just and proper.

## COUNT II
### (Violation of the TCPA as to Defendant YAKIM MANASSEH JORDAN)

46. Plaintiff incorporates Paragraphs one (1) through forty-two (42).

47. Defendant YAKIM caused placement of non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or prerecorded or artificial voice without Plaintiff's prior express consent in violation of federal law, including 47 U.S.C § 227(b)(1)(A)(iii).

48. Defendant MJM willfully and knowingly caused placement of non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or prerecorded or artificial voice without Plaintiff's prior express consent in violation of federal law, including 47 U.S.C § 227(b)(1)(A)(iii). Defendants continued to call Plaintiff's cell phone number after Plaintiff followed all the steps for removal from call list.

**WHEREFORE**, Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against Defendant YAKIM MANASSEH JORDAN for statutory damages, punitive damages, actual damages and any other such relief the court may deem just and proper.

Respectfully submitted,

*/s/ Octavio "Tav" Gomez*
Octavio "Tav" Gomez, Esquire
Morgan & Morgan, Tampa, P.A.
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 222-4725
Florida Bar #: 338620
Attorney for Plaintiff
TGomez@ForThePeople.com