**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ERIC COTTO,**

    **Plaintiff,**

**-vs-**                                                    **CASE N0.: 6:15-cv-741-ORL-37-DAB**

**MANASSEH JORDAN MINISTRIES and**
**YAKIM MANASSEH JORDAN,**

    **Defendants.**

_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, ERIC COTTO, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendants, MANASSEH JORDAN MINISTRIES and YAKIM MANASSEH JORDAN, have reached a settlement with regard to this case and are presently finalizing and executing the settlement and dismissal documents. Upon execution of the same, the Plaintiff will file the appropriate dismissal documents with this Court.

Dated this 15th day of June, 2015.

/s/ Tav Gomez
Octavio "Tav" Gomez, Esquire
Morgan & Morgan, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele:  (813) 223-5505
Fax:  (813) 223-5402
Florida Bar #:  338620
Attorney for Plaintiff
TGomez@ForThePeople.com