UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ERIC COTTO,**

    Plaintiff,

-vs-                                                                 CASE N0.: 6:15-cv-741-ORL-37-DAB

**MANASSEH JORDAN MINISTRIES and**
**YAKIM MANASSEH JORDAN,**

    Defendants.
_____/

## NOTICE OF PENDING SETTLEMENT

    Plaintiff, ERIC COTTO, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendants, MANASSEH JORDAN MINISTRIES and YAKIM MANASSEH JORDAN, have reached a settlement with regard to this case and are presently finalizing and executing the settlement and dismissal documents. Upon execution of the same, the Plaintiff will file the appropriate dismissal documents with this Court.

    Dated this 15th day of June, 2015.

                                            _/s/ Tav Gomez_
                                            Octavio "Tav" Gomez, Esquire
                                            Morgan & Morgan, P.A.
                                            One Tampa City Center
                                            201 N. Franklin Street, 7th Floor
                                            Tampa, FL 33602
                                            Tele:  (813) 223-5505
                                            Fax:  (813) 223-5402
                                            Florida Bar #:  338620
                                            Attorney for Plaintiff
                                            TGomez@ForThePeople.com